COMMONWEALTH of Pennsylvania, Respondent

v.

**Steffone SPANN, Petitioner**

**No. 479 EAL 2016**

Supreme Court of Pennsylvania.

March 15, 2017

### ORDER

PER CURIAM

AND NOW, this 15th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

**Harvey Patrick SHORT, Petitioner**

**No. 792 MAL 2016**

Supreme Court of Pennsylvania.

March 16, 2017

### ORDER

PER CURIAM

AND NOW, this 16th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

**Elswart Richard BODDEN, Petitioner**

**No. 791 MAL 2016**

Supreme Court of Pennsylvania.

March 20, 2017

### ORDER

PER CURIAM

AND NOW, this 20th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**